# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

August 23, 2019

Mr. Robert A. Burgoyne
Perkins Coie, L.L.P.
700 13th Street, N.W.
Suite 600
Washington, DC 20005

    No. 19-30661   Sealed Appellee v. Sealed Appellant
                     USDC No. 2:19-CV-11790

Dear Mr. Burgoyne,

The following pertains to your electronically filed appearance form.

The submitted form indicates an inaccurate case title.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Brandon P. Ledet, Deputy Clerk