# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

Fifth Cir. Case NO. __19-30661__

__Meaghan Doherty__ vs. __National Board of Medical Examiners__
(Short Title)

The Clerk will enter my appearance as Counsel for __Meaghan Doherty__

(Please list names of all parties represented, attach additional pages if necessary.)
The party(s) I represent IN THIS COURT    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae
☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ William M. McGoey__        __bmcgolaw@yahoo.com__
(Signature)                    (e-mail address)

__William M. McGoey__        __LA 14205__
(Type or print name)              (State/Bar No.)

_____        ☑ Male    ☐ Female
(Title, if any)

(Firm or Organization)
Address __1828 Rose Street__

City & State __Arabi, LA__                    Zip __70032__

Primary Tel. __504 250 3293__    Cell Phone: __504 250 3293__

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

Name of Lead Counsel: __William M. Mcgoey__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
__N/A__

B. Inquiry of Counsel. To your knowledge:
 (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes    ☑ No

 (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes    ☑ No

 (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes    ☑ No

 (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case __Preliminary Injunction__

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency __United States District Court for the Eastern District of Louisiana__

Status of Appeal (if any) __Notice of Appeal filed on August 9, 2019__

Other Status (if not appealed) _____

NOTE: Attach sheet to give further details.

DKT-5A REVISED February 2017