# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 30, 2019

Mr. William Martin McGoey
1828 Rose Street
Arabi, LA 70032

 No. 19-30661   Sealed Appellee v. Sealed Appellant
                USDC No. 2:19-CV-11790

Dear Mr. McGoey,

We received your exhibits in support of your response filed. The incorrect event was used when filing. This document has since been filed correctly as exhibits in support of the response. We are taking no action on this document.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
 Mr. Robert A. Burgoyne
 Ms. Alison R. Caditz
 Ms. Frances M. Olivier
 Mr. Eric B. Wolff