IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30661

_____

SEALED APPELLEE,

    Plaintiff - Appellee

v.

SEALED APPELLANT,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion to stay injunction pending appeal is GRANTED.[*] This case will proceed under an expedited briefing schedule, and it will be set for oral argument on the court's October calendar or at the earliest available date.

---

[*] Judge Dennis would deny the motion.