# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 03, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-30661   Sealed Appellee v. Sealed Appellant
                USDC No. 2:19-CV-11790

Enclosed is an order entered in this case.

The district court is requested to expedite the record on appeal as soon as the transcripts are filed.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Melissa B. Courseault, Deputy Clerk
                504-310-7701

Mr. William W. Blevins
Mr. Robert A. Burgoyne
Ms. Alison R. Caditz
Mr. William Martin McGoey
Ms. Frances M. Olivier
Mr. Eric B. Wolff