Appeal No. 19-30661

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*SEALED APPELLEE,*

*Plaintiff-Appellee,*

*v.*

*SEALED APPELLANT,*

*Defendant-Appellant.*

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION
FOR LEAVE TO OBTAIN SEALED DOCUMENTS**

| | |
|---|---|
| Robert A. Burgoyne<br>PERKINS COIE LLP<br>700 Thirteenth Street N.W.,<br>Suite 600<br>Washington, DC 20005-3960<br>Telephone: 202.654.1744<br>Facsimile: 202.624.9548 | Eric B. Wolff<br>Alison R. Caditz<br>PERKINS COIE LLP<br>1201 Third Avenue,<br>Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for<br>Defendant-Appellant<br>NATIONAL BOARD OF<br>MEDICAL EXAMINERS |

# CERTIFICATE OF INTERESTED PERSONS

NO. 19-30661

*MEAGHAN DOHERTY,*
*Plaintiff-Appellee,*
*v.*
*NATIONAL BOARD OF MEDICAL EXAMINERS,*
*Defendant-Appellant.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Defendant-Appellant:**
  National Board of Medical Examiners

**Counsel for Defendant-Appellant:**
  Eric B. Wolff
  Robert A. Burgoyne
  Alison R. Caditz

**Plaintiff-Appellee:**
  - Meaghan Doherty

**Counsel for Plaintiff-Appellee:**
  - Frances M. Olivier
  - William Martin McGoey
  - Richard C. Stanley
  - Kathryn Weatherly Munson

/s/ Eric B. Wolff
Eric B. Wolff

*Counsel of Record for Defendant-Appellant*

Defendant National Board of Medical Examiners ("NBME") respectfully requests an order from this Court directing the district court to provide NBME with the entire sealed record for purposes of this expedited appeal. Because Defendant-Appellant must file its brief next week under this Court's expedited briefing schedule, NBME further requests an order directing the district court to send NBME the electronic record on appeal via email within one day of receiving this Court's order.

By way of background, NBME filed an Opposed Emergency Motion to Stay Injunction Pending Appeal on August 29, 2019. This Court granted NBME's motion on September 3. On Friday, September 13, this Court set an expedited briefing schedule under which NBME's brief is due next Friday, September 27. Since Friday, NBME has attempted, but been unable to access the electronic record on appeal.

The Fifth Circuit's Clerk Office informed NBME today, September 17, that because the district court sealed the entire case (as opposed to only certain documents), NBME must obtain an order directing the district court to release the electronic record to Appellant. The district court issued

-2-

an *ex parte* order on July 25, 2019, sealing the entire case and barring not only the public's but the parties access to the online docket. *See* Dist. Dkt. No. 4.

For the foregoing reasons, NBME respectfully requests an order directing the district court to provide Appellant the entire electronic record on appeal, and to do so via email within one day of receiving this Court's order. NBME will promptly provide a copy to counsel for Appellee. Such relief is necessary for NBME to comply with this Court's expedited briefing schedule and file record excerpts and a brief with cites to the record on appeal by September 27.

DATED: September 17, 2019

| | |
|---|---|
| Robert A. Burgoyne<br>PERKINS COIE LLP<br>700 Thirteenth Street N.W.,<br>Suite 600<br>Washington, DC 20005-3960<br>Telephone: 202.654.1744<br>Facsimile: 202.624.9548 | /s/ Eric B. Wolff<br>Eric B. Wolff<br>Alison R. Caditz<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for Defendant-Appellant<br>NATIONAL BOARD OF<br>MEDICAL EXAMINERS<br><br>*Counsel of Record for Defendant-Appellant* |

## CERTIFICATE OF CONFERENCE

On September 17, 2019, counsel for NBME contacted counsel for Plaintiff regarding this motion and the relief requested herein. Plaintiff does not oppose this motion.

/s/ Eric B. Wolff
Eric B. Wolff

*Counsel of Record for Defendant-Appellant*

145711975.1

-2-

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 289 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Century Schoolbook font.

/s/ Eric B. Wolff
Eric B. Wolff

*Counsel of Record for Defendant-Appellant*

-3-

# CERTIFICATE OF SERVICE

On September 17, 2019, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Eric B. Wolff
Eric B. Wolff