# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-30661  Sealed Appellee v. Sealed Appellant
               USDC No. 2:19-CV-11790

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William W. Blevins
Mr. Robert A. Burgoyne
Ms. Alison R. Caditz
Mr. William Martin McGoey
Mrs. Kathryn Weatherly Munson
Ms. Frances M. Olivier
Mr. Richard C. Stanley
Mr. Eric B. Wolff