IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30661
_____

SEALED APPELLEE,

    Plaintiff - Appellee

v.

SEALED APPELLANT,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R :

IT IS ORDERED that the unopposed appellant's motion to view and obtain sealed documents in the record is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT