PERKINSCOIe

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

**T** +1.206.359.8000
**F** +1.206.359.9000
PerkinsCoie.com

Eric B. Wolff
EWolff@perkinscoie.com
D.  +1.206.359.3779
F.  +1.206.359.4779

September 24, 2019

Lyle W. Cayce
United States Court of Appeals
Fifth Circuit Office of the Clerk
600 S. Maestri Place, Suite 115
New Orleans, LA  70130

**Re:**   *Sealed Appellee v. Sealed Appellant*, **No. 19-30661**
        **USDC No. 2:19-CV-11790**

Dear Mr. Cayce:

Defendant-Appellant National Board of Medical Examiners ("NBME") writes to inform the Court that the district court unsealed the entire record, per Plaintiff-Appellee Meaghan Doherty's unopposed request, on September 20, 2019. *See* Dist. Ct. Dkt. No. 43. The district court's order is attached. NBME remains unable, however, to access the electronic record on appeal because NBME's appeal in this Court (which was automatically sealed because of the district court's original sealing order) remains sealed. NBME thus respectfully requests that the Court unseal the above-captioned appeal.

Very truly yours,

Eric B. Wolff

EBW

Enclosures

cc:    Robert A. Burgoyne
       Alison R. Caditz
       William Martin McGoey
       Frances M. Olivier
       Richard C. Stanley
       Kathryn Weatherly Munson

145784379.1
Perkins Coie LLP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MEAGHAN DOHERTY** | * | **CIVIL ACTION NO. 19-11790** |
| | * | |
| **VERSUS** | * | **JUDGE: T (Guidry)** |
| | * | |
| **NATIONAL BOARD OF** | * | **MAGISTRATE: 5 (North)** |
| **MEDICAL EXAMINERS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNDER SEAL

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion to Unseal the Case and

Record is hereby granted and that the case and the entire record are hereby unsealed.

New Orleans, LA, this 20th day of September, 2019.

_____
JUDGE, GREG GERARD GUIDRY
U.S.Eastern District, Louisiana