
# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

Mr. Robert A. Burgoyne
Perkins Coie, L.L.P.
700 13th Street, N.W.
Washington, DC 20005

Ms. Alison R. Caditz
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

Mr. William Martin McGoey
1828 Rose Street
Arabi, LA 70032

Mrs. Kathryn Weatherly Munson
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street
LL&E Tower
New Orleans, LA 70112

Ms. Frances M. Olivier
Law Office of Frances M. Olivier, L.L.C.
2341 Metairie Road
Metairie, LA 70001

Ms. Jodi Simcox
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
HB-406
New Orleans, LA 70130

Mr. Richard C. Stanley

Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street
LL&E Tower
New Orleans, LA 70112

Mr. Eric B. Wolff
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

    No. 19-30661    Meaghan Doherty v. Natl Board of Med
                            Examiners
                            USDC No. 2:19-CV-11790

Dear Counsel,

We have received the appellant's letter dated September 24, 2019, advising that the district court order issued September 24, 2019, unsealing this case. The appellant's have requested to unseal the case in this court.

The case is now unsealed and attached is a revised case caption, which should be used on all future filings in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

Case No. 19-30661

MEAGHAN DOHERTY,

        Plaintiff - Appellee

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

        Defendant - Appellant