

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T +1.206.359.8000
F +1.206.359.9000
PerkinsCoie.com

Eric B. Wolff
EWolff@perkinscoie.com
D. +1.206.359.3779
F. +1.206.359.4779

September 24, 2019

Lyle W. Cayce
United States Court of Appeals
Fifth Circuit Office of the Clerk
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   *Sealed Appellee v. Sealed Appellant*, No. 19-30661
      USDC No. 2:19-CV-11790

Dear Mr. Cayce:

Defendant-Appellant National Board of Medical Examiners ("NBME") respectfully requests an extension to file its opening brief. Per the Court's expedited briefing schedule, NBME's brief is due on Friday, September 27, 2019. NBME has yet to receive a copy of the record on appeal (despite numerous attempts to do), because the entire district court record was sealed until September 20. NBME filed a motion on September 17 requesting that this Court direct the district court to provide NBME a copy of the record on appeal within one day. The Court granted the motion on September 24, but NBME remains unable to access the electronic record on appeal because, according to the Clerk's Office, the Fifth Circuit appeal remains sealed. (NBME writes separately requesting this Court to unseal.) NBME thus requests an extension until Tuesday, October 1, 2019 to file its opening brief. This short extension will allow NBME to add record cites to its brief and compile its record excerpts once it receives the record. The parties have conferred, and Plaintiff-Appellee Meaghan Doherty does not oppose the motion.

Very truly yours,

*[signature: E B Wolff]*

Eric B. Wolff

EBW

145778488.1
Perkins Coie LLP

Mr. Cacye
September 24, 2019
Page 2

cc: Robert A. Burgoyne
Alison R. Caditz
William Martin McGoey
Frances M. Olivier
Richard C. Stanley
Kathryn Weatherly Munson