# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2019

Mr. Eric B. Wolff
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

    No. 19-30661   Meaghan Doherty v. Natl Board of Med
                            Examiners
                            USDC No. 2:19-CV-11790

Dear Mr. Wolff,

We received your letter requesting an extension to file your opening brief. This was filed using the incorrect event, please file using the event "ecf extension request." We are taking no action on this letter.

                                                Sincerely,

                                                LYLE W. CAYCE, Clerk

                                                By: _____
                                                Majella A. Sutton, Deputy Clerk
                                                504-310-7680

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson
    Ms. Frances M. Olivier
    Mr. Richard C. Stanley