# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2019

Mr. Eric B. Wolff
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

          No. 19-30661    Meaghan Doherty v. Natl Board of Med
                          Examiners
                          USDC No. 2:19-CV-11790

Dear Mr. Wolff,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.  Failure to timely provide the
appropriate number of copies may result in the dismissal of your
appeal pursuant to 5th Cir. R. 42.3.  Exception: As of July 2,
2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper
copies of your brief must **not** contain a header noting "RESTRICTED".
Therefore, please be sure that you print your paper copies **from
this notice of docket activity** and not the proposed sufficient
brief filed event so that it will contain the proper filing header.
Alternatively, you may print the sufficient brief directly from
your original file without any header.

                    Sincerely,

                    LYLE W. CAYCE, Clerk


                    By: _____
                    Majella A. Sutton, Deputy Clerk
                    504-310-7680

cc:
      Mr. Robert A. Burgoyne
      Ms. Alison R. Caditz
      Mr. William Martin McGoey
      Mrs. Kathryn Weatherly Munson

Ms. Frances M. Olivier
Mr. Richard C. Stanley