# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2019

Mr. Eric B. Wolff
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

      No. 19-30661   Meaghan Doherty v. Natl Board of Med Examiners
      USDC No. 2:19-CV-11790

Dear Mr. Wolff,

The following pertains to your record excerpts electronically filed on October 1, 2019.

We filed your record excerpts. However, you must make the following correction(s) within the next 7 days.

You need to correct or add:

Table of contents require proper record citations

Sample:
```
              Table of Contents
Tab 1     Docket Sheet        ROA.1-4
Tab 2     Notice of Appeal    ROA.808-08
```

**Guidance Regarding Citations in Pleadings.**

5ᵀᴴ Cɪʀ. R. 28.2.2 grants the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the proper citation format when citing to the electronic record on appeal.

   A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts

until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson
    Ms. Frances M. Olivier
    Mr. Richard C. Stanley