# STANLEY, REUTER, ROSS
# THORNTON & ALFORD, LLC

KATHRYN W. MUNSON

909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069

OUR FILE NO.
61-541

October 3, 2019

**VIA ELECTRONIC FILING**

Hon. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

> Re: *Meaghan Doherty v. National Board of Medical Examiners, United States Court of Appeals for the Fifth Circuit, Appeal No. 19-30661,* **Unopposed First Request for Level 1 Extension**

Dear Mr. Cayce:

On behalf of the Appellee Meghan Doherty, I write to request an unopposed level 1 extension for the due date of Ms. Doherty's brief in the above-reference matter. Ms. Doherty's brief is currently due on October 11, 2019 and an extension is requested until October 15, 2019. The Appellant National Board of Medical Examiners requested and was granted an unopposed four-day extension from Friday, September 27, 2019 until October 1, 2019 due to delays in obtaining the record on appeal. Based on Appellant's extension and to afford Ms. Doherty the full time to respond as established in the briefing notice, Ms. Doherty requests an extension of four days to file her brief, until October 15, 2019. *See* 5th Cir. R. 26.2; 5th Cir. R. 31.4.3.1.

With kindest regards, I am

Sincerely yours,

Kathryn W. Munson

KMW/byk

cc:  Robert A. Burgoyne, Esq.
     Eric B. Wolff, Esq.
     Alison R. Caditz, Esq.
     Francis M. Olivier, Esq.
     William M. McGoey, Esq.
     Richard C. Stanley, Esq.