**PerkinsCoie**

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T. +1.206.359.8000
F. +1.206.359.9000
PerkinsCoie.com

October 10, 2019

Eric B. Wolff
EWolff@perkinscoie.com
D. +1.206.359.3779
F. +1.206.359.4779

Lyle W. Cayce
United States Court of Appeals
Fifth Circuit Office of the Clerk
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   *Doherty v. National Board of Medical Examiners*, No. 19-30661
      USDC No. 2:19-CV-11790

Dear Mr. Cayce:

Defendant-Appellant National Board of Medical Examiners ("NBME") respectfully requests a four-day Level 1 extension to file its reply brief in the above-captioned case. Under the current expedited briefing schedule, NBME's reply is due on October 18, 2019, and an extension is requested until October 22, 2019. Because of delays in obtaining the record on appeal, NBME was granted a four-day Level 1 extension to file its opening brief, and Plaintiff-Appellee was granted a four-day Level 1 extension to file her brief. NBME thus requests a short four-day extension to file its reply brief. Plaintiff-Appellee does not oppose the request.

Thank you very much.

Very truly yours,

*/s/ Eric B. Wolff*

Eric B. Wolff

EBW

cc:   Robert A. Burgoyne
      Alison R. Caditz
      William Martin McGoey
      Frances M. Olivier
      Richard C. Stanley
      Kathryn Weatherly Munson

145894195.1
Perkins Coie LLP