# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 16, 2019

Mr. Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street
LL&E Tower
New Orleans, LA 70112

    No. 19-30661    Meaghan Doherty v. Natl Board of Med Examiners
                             USDC No. 2:19-CV-11790

Dear Mr. Stanley,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within **5** days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

**Guidance Regarding Citations in Pleadings.**

5TH CIR. R. 28.2.2 grants the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the proper citation format when citing to the electronic record on appeal.

    A.  In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

        **Note**: Page 23-ROA.205,218 should read ROA.205, ROA.218
              Page 24-ROA.211,215 and ROA.207,215 must also be corrected.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the

actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson
    Ms. Frances M. Olivier
    Mr. Eric B. Wolff