# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 16, 2019

Mr. Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street
LL&E Tower
New Orleans, LA 70112

    No. 19-30661    Meaghan Doherty v. Natl Board of Med
                              Examiners
                              USDC No. 2:19-CV-11790

Dear Mr. Stanley,

Please disregard the deficiency letter issued October 16, 2019, as it was issued in error.

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson
    Ms. Frances M. Olivier
    Mr. Eric B. Wolff