# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 22, 2019

Mr. Eric B. Wolff
Perkins Coie, L.L.P.
1201 3rd Avenue
Seattle, WA 98101-3099

      No. 19-30661    Meaghan Doherty v. Natl Board of Med
                              Examiners
                              USDC No. 2:19-CV-11790

Dear Mr. Wolff,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within **3 days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Majella A. Sutton, Deputy Clerk
                                          504-310-7680

cc:
    Mr. Robert A. Burgoyne
    Ms. Alison R. Caditz
    Mr. William Martin McGoey
    Mrs. Kathryn Weatherly Munson

Ms. Frances M. Olivier
Mr. Richard C. Stanley

Case: 19-30661    Document: 77-2    Page: 2    Date Filed: 10/21/2019