IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-30661

D.C. Docket No. 2:19-CV-11790

United States Court of Appeals
Fifth Circuit
**FILED**
November 7, 2019
Lyle W. Cayce
Clerk

MEAGHAN DOHERTY,

    Plaintiff - Appellee

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana

Before OWEN, Chief Judge, and HAYNES and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is vacated and remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Nov 29, 2019**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**